# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 112  SSM 17
In the Matter of Norman Cajigas,
  Respondent,
 v.
Tina M. Stanford, &c.,
  Appellant.

Submitted by Brian Ginsberg, for appellant.
Submitted by Elon Harpaz, for respondent.

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

On review of submissions pursuant to section 500.11 of the Rules, appeal dismissed, without costs, upon the ground that the issues presented have become moot.   Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided October 17, 2019